# UNITED STATES DISTRICT COURT

State and _____ DISTRICT OF _____ New Mexico

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 1 5 2015
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

v.

Jesus RASCON-Dominguez

## CRIMINAL COMPLAINT

CASE NUMBER: 15mj 4396

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 14, 2015__ in __Bernalillo__ county, in the __State and__ District of __New Mexico__ defendant (s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

in violation of Title __8__ United States Code, Section(s) __1326 (a)(1) & 1326 (a)(2)__

I further state that I am a (n) __Deportation Officer__ and that this complaint is based on the following facts:

On December 14, 2015, the Defendant Jesus RASCON-Dominguez, an alien previously removed from the United States was encountered by an Immigration and Customs Enforcement (ICE) Officer at the Drug Enforcement Agency's Office in Albuquerque, NM. The Officer interviewed the Defendant and determined that he is a citizen and national of Mexico, and in the United States illegally. The Defendant was taken into custody and transported to the ICE office in Albuquerque, NM. The Defendant's fingerprints were electronically submitted and compared with records archived by the Department of Homeland Security and the Federal Bureau of Investigations. Fingerprint records identified the Defendant as Jesus RASCON-Dominguez, a citizen and national of Mexico who was ordered removed from the United States by an Immigration Officer on December 31, 2008, and was most recently removed from the United States to Mexico on April 15, 2013. A review of the Defendant's immigration history does not indicate that he has ever applied for, or received the consent of the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof: ☐ Yes  ☒ No

_____
Signature of Complainant
Jon Walters

Sworn to before me and subscribed in my presence,

December 15, 2015                           Albuquerque, New Mexico
Date                                        at    City and State

Laura Fashing United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer